```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

ALEXANDER CHEMICAL CORPORATION, )
                                )
            Plaintiff,           )
                                )
    v.                          )    No.  10-7656
                                )
G.S. ROBINS & COMPANY,          )
                                )
            Defendant.           )
```

## MEMORANDUM ORDER

This action has been hanging fire for some months because of the motion (Dkt. 14) filed by defendant G.S. Robins & Company ("Robins") that has alternatively sought either dismissal or a stay or a transfer to the United States District Court for the Eastern District of Missouri.  Plaintiff Alexander Chemical Corporation ("Alexander") had responded by accusing Robins of having thrown a sneak punch, or a bit more elegantly by launching a preemptive strike, by filing suit first in the Missouri court after having tricked Alexander into holding off this lawsuit pending settlement discussions that Robins had requested.

Meanwhile Alexander brought a mirror image of Robins' motion before the Missouri District Court, seeking either a dismissal or a transfer to this District Court.  And this Court has just learned that on April 14 District Judge Stephen Limbaugh, Jr. did order the requested 28 U.S.C. §1404(a) transfer, with the case (now 11 C 2589 in this District Court) then being assigned at random to this Court's colleague Honorable William Hart.

It seems most likely that a motion will be forthcoming for the reassignment of that case to this Court's calendar pursuant to LR 40.4--but whether or not that takes place, this Court sees no occasion for generating a ping-pong match involving the two lawsuits. Accordingly Robins' motion is denied, and the parties' counsel should be prepared to discuss the further proceedings in this lawsuit at the previously-scheduled 9 a.m. May 2, 2011 status hearing.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: April 27, 2011